AO 91 (Rev. 11/11) Criminal Complaint

**Sealed**
Public and unofficial staff access
to this instrument are
prohibited by court order.

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
**FILED**

AUG 21 2020

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| United States of America<br>v.<br>TREVINO-Silva, Oziel<br><br>_Defendant(s)_ | ) ) ) ) ) ) ) ) | Case No. B-20-571-MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 8, 2020__ in the county of __Cameron__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1956<br>18 U.S.C. 1001<br>31 U.S.C. 5332 | Conspiracy/Laundering of Monetary Instruments in violation of Title 18 USC 1956 (h); Violation of Title 18 USC 1001- False Statment to a Federal Agent; and Bulk Cash Smuggling into or out of the United States in violation of Title 31, USC 5332. |

This criminal complaint is based on these facts:

See Attachment A, incorporated herein by reference.

☑ Continued on the attached sheet.

_Complainant's signature_

Brennan Brophy, DEA Special Agent
_Printed name and title_

Sworn to before me and signed in my presence.

Date: __08/21/2020__

_Judge's signature_

City and state: __Brownsville, Texas__   Ronald G. Morgan, U.S. Magistrate Judge
_Printed name and title_

**United States**

**V.**

**Oziel TREVINO-Silva**

## ATTACHMENT – A

On July 8, 2020, DEA and HSI Agents received corroborated Confidential Source (CS) information regarding the future transportation of an unknown amount of U.S. Currency from Brownsville, TX to Matamoros, Tamaulipas, Mexico. Based on the CS information, Agents were able to identify Oziel TREVINO-Silva, as the potential driver of the unknown amount of U.S. currency and the proposed load vehicle to be utilized; a black Ford F-150, bearing TX/LP: MSG1390. Agents were able to locate and establish surveillance on the vehicle in Brownsville, Texas on July 8, 2020. During the course of surveillance, Agents observed a Hispanic male subject, later identified as Oziel TREVINO-Silva, enter the Ford F-150, and continue toward the Brownsville & Matamoros Port of Entry (POE) in Brownsville, Texas that would take TREVINO to Mexico.

Agents, utilizing a marked Cameron County Sherriff's Office unit, conducted a probable cause traffic stop on the F-150 at the intersection of Sam Perl and Mexico Boulevard in Brownsville, Texas (which is a road that leads to the exit of the United States into Mexico) and made contact with the driver and sole occupant of the vehicle, Oziel TREVINO-Silva. Consent was received from TREVINO-Silva to search the vehicle and during the search of the F-150, officers located eleven (11) packages wrapped in grey tape secreted behind the rear bench of the vehicle. Officers cut into one of the packages and discovered a large amount of U.S. Currency. TREVINO-Silva was detained by officers and transported for further questioning. During a post Miranda statement provided by TREVINO-Silva, he advised Agents that the packages with the U.S. currency were not his, and he (TREVINO-Silva) was not aware of how they got into his truck. TREVINO-Silva was ultimately released from custody pending further investigation. An official count of the eleven bundles showed the total of the seizure was $412,000.00 in U.S. currency.

Agents continuing this investigation gathered historical information on TREVINO-Silva and located an independent cooperating defendant (CD), who provided corroborating information surrounding the original seizure involving TREVINO-Silva on July 8, 2020. On August 14, 2020, Agents made contact with the CD in order to conduct an interview regarding TREVINO-Silva.

From the interview, the CD confirmed TREVINO-Silva's knowledge and involvement in the July 8th seizure, advising Agents that he (TREVINO-Silva) was recruited by unknown co-conspirators to transport the U.S. currency from Brownsville, Texas to Matamoros, Tamaulipas, Mexico. The CD further stated that he (TREVINO-Silva) was to be compensated for the transportation upon delivery of the money into Mexico. CD advised that TREVINO-Silva, attempted to cross the F-150 a day prior to the original seizure date, but was turned away by Mexican Customs protection for improper paperwork. The CD advised Agents that TREVINO-Silva, working with CD, then plotted to extract approximately four (4) bundles of currency from the F-150 prior to the transport into Mexico, and to further turn himself (TREVINO-Silva) into law enforcement to take down the original 11 seized. TREVINO-Silva told the CD he (TREVINO-Silva) felt he was being placed at risk of getting caught by law enforcement because his co-conspirators in Mexico were urging him to cross the vehicle even though he has already been turned back at the Mexican Port of Entry. At this time, TREVINO-Silva conspired with CD to extract the four bundles of currency for personal gain, and provide information to law enforcement in order to lead to the seizure of the remaining bundles ultimately seized on the 8th. CD lastly advised that TREVINO-Silva planned to deceive law enforcement on the total amount of bundles concealed in the F-150 in order to profit from the total amount by making a false statement to law enforcement about his lack of knowledge of the bundles in the vehicle that was material to law enforcement's investigation regarding the amount, source and secreting of the drug proceeds.

Through multiple investigative means, to include CS information, other CD information, and phone extraction information, HSI and DEA Brownsville were able to identify the original bulk cash seizure of $412,000.00 on July 8, 2020 as being illicit proceeds derived from illegal narcotic sales. Further CS information confirmed that TREVINO-Silva was instructed to secret the drug proceeds in his vehicle, transport the drug proceeds into Mexico and not declare the drug proceeds as he left the United States at the Port of Entry.

On August 11, 2020, Agents received information from the CS that TREVINO-Silva's son was kidnapping in Mexico because of the TREVINO-Silva's stealing and lying about the money. Thereafter on August 14, 2020, CD confirmed that TREVINO-Silva's son had been kidnapped in Mexico because TREVINO-Silva stole the four bundles of cash before law enforcement seized it on July 8, 2020. Agents confirmed that the son of TREVINO-Silva last crossed into Mexico on

July 21, 2020 and has not crossed back into the United States, which is inconsistent with his usual weekly crossing patterns.

After meeting with the CD on August 14, 2020, the CD stated there was a phone in Border Patrol's possession that would confirm CD's statements to the Agents. Agents obtained possession of the phone from Border Patrol on August 15, 2020 and based on the consent to search from CD, analyzed the phone between August 15, 2020 and August 20, 2020. On the phone, Agents found text messages and between the CD and TREVINO-Silva corroborating the events of July 7 and 8, 2020.

Since August 14, 2020, Agents have attempted to locate TREVINO-Silva, which based on CS information, lead Agents to believe TREVINO-Silva may in the United States in the area of San Antonio, Texas. On August 14, 2020, TREVINO-Silva told agents he would meet them on August 15, 2020 to further the investigation into the money seizure and a subsequent kidnapping of his son because of the missing money taken by TREVINO-Silva. TREVINO-Silva failed to appear in Brownsville, Texas as promised on August 15, 2020. Since August 15, 2020, Agents have been attempting to locate TREVINO-Silva, believing him to be still in the San Antonio, Texas area. Agents attempted to locate TREVINO-Silva after his August 15 no-show with the agents via an investigative technique using a known phone number of TREVINO-Silva's given to agents by CD on August 14, 2020. TREVINO-Silva appears to have the phone turned off, which made the investigative technique unsuccessful.

On August 20, 2020, a subject, the name of which was given to law enforcement by the CD and a second cooperating defendant as being part of the bulk cash smuggling operation with TREVINO-Silva crossed into the United States from Mexico. The subject and the person he was traveling with agreed to speak with law enforcement. Both persons at the bridge admitted they knew TREVINO-Silva and had been instructed by TREVINO-Silva to go to Mexico to pick up a car belonging to TREVINO-Silva's father. Both subjects gave a current address for TREVINO-Silva in San Antonio, Texas and the car he was driving. On August 20, 2020, agents with DEA San Antonio went to the address and saw the car described by the subjects at the San Antonio address.

*[signature]*, USMJ